UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE PAPPAS, individually and as the representative of a class of similarly-situated persons,<br><br>      Plaintiff,<br><br>  v.<br><br>HOME CAPTAIN, INC., a New York corporation,<br><br>      Defendant. | Civil Action No. 1:20-cv-04909 |

## JOINT STIPULATION OF DISMISSAL

  Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, George Pappas, and Defendant, Home Captain, Inc., hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims, class allegations without prejudice, each side to bear its own costs and attorney fees.

Dated: March 11, 2021.

PLAINTIFF:

 /s/ Ryan M. Kelly
Ryan M. Kelly (*pro hac vice admitted*)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847/368-1500
Fax:  847/368-1501
rkelly@andersonwanca.com

DEFENDANT:

 /s/  John W. McGuinness
John W. McGuinness
MANATT, PHELPS & PHELPS, LLP
1050 Connecticut Ave, N.W., Suite 600
Washington, DC  20036
Telephone:  202-585-6500
JMcGuinness@manatt.com

---

SO-ORDERED.
/s/ Nicholas G. Garaufis, U.S.D.J.
Hon. Nicholas G. Garaufis
Date: March 12, 2021